UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.
2005 MAY 24 AM 7:40
DISTRICT COURT
DIST. OF N.C.

------------------------------------------------------------x

JOHN MORITZ, and wife THERESA MORITZ, and BAUCOM, CLAYTOR, BENTON, MORGAN & WOOD, P.A.,

        Plaintiffs,

    - against -

NATIONAL SETTLEMENT SERVICES CORPORATION, STATE BANK OF LONG ISLAND, STATE BANCORP, INC., CITIMORTGAGE, INC., HSA RESIDENTIAL MORTGAGE SERVICES OF TEXAS, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC, and MARKET STREET MORTGAGE CORPORATION,

        Defendants.

------------------------------------------------------------x

Civil Action No. 3:00 CV 426 MU

**CONSENT ORDER**

COME NOW Plaintiffs, State Bank of Long Island, State Bancorp, Inc., HSA Residential Mortgage Services of Texas, Inc. by and through undersigned counsel, and consent to this Court releasing the $5,000 Temporary Restraining Order Bond previously posted by Plaintiffs to counsel for Plaintiffs.

  This the _11_ day of _May_, 2005.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980

By:  Andrew T. Gardner
Attorneys for State Bank of Long Island
State Bancorp, Inc.

**DOCUMENT SCANNED**

\ GBO 638928v1

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402

By: _____
Margaret Shea Burnham
Attorneys for Plaintiffs John Moritz,
Theresa Moritz and Baucom, Claytor,
Benton, Morgan & Wood, P.A.


HUNTON & WILLIAMS
101 S. Tryon Street, Suite 3500
Charlotte, NC 28280

By: _____
Sarah B. Kemble
Attorneys for HSA Residential Mortgage
Services of Texas, Inc.


Dated: 20 May, 2004

SO ORDERED

By: _____
Graham C. Mullen
United States District Judge